1022

**John F. WERDER and Edmund Rogers, Appellants, v. CONTINENTAL CAN COMPANY, Inc., Appellee.**

**No. 7933.**

Circuit Court of Appeals, Sixth Circuit.

Nov. 13, 1939.

Thompson, Hine & Flory, of Cleveland, Ohio, for appellants.

Mason & Porter, of Washington, D. C., and Oberlin, Limbach & Day, of Cleveland, Ohio, for appellee.

Before SIMONS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

In a suit by the appellants for infringement of two patents, the first to John F. Werder, No. 1,762,903 for a self-dispensing liquid package, and the second, a method patent likewise to Werder, No. 1,788,261, the court below held claim No. 10, the single claim of the first patent invalid, and claims 3, 8 and 12 of the second patent, not infringed, and dismissed the bill, and

Upon consideration of the record and the briefs and argument of counsel, it appears to us that the case was correctly decided, and

The District Judge having announced a memorandum opinion, 30 F.Supp. 534, incorporating therein adequate findings of fact and conclusions of law and reasoning which commends itself to us as sufficient in form and content to sustain the conclusion by him reached to which little, if anything, need be added:

It is hereby ordered that the decree dismissing the bill of the appellants be and it is hereby affirmed.

**F. G. WHITE, Appellant, v. B. J. BRADNER, as Receiver for Lake View Oil and Refining Co., et al., Appellees.**

**No. 9193.**

Circuit Court of Appeals, Ninth Circuit.

Jan. 15, 1940.

Thornton Wilson, of Oakland, Cal., for appellant.

Bradner & Weil, of Los Angeles, Cal., for appellee Bradner, etc.

Joseph J. Rifkind, of Los Angeles, Cal., for appellee Oil Well Supply Co.

Before DENMAN, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon motion of appellant that the appeal herein be dismissed, and good cause therefor appearing, ordered appeal herein dismissed, that a decree of dismissal be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.